UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA CAMELO,

    Plaintiff,

v.

PLUESE, BECKER & SALTZMAN LLC, CENLAR CORPORATION FSB, and NEW JERSEY HOUSING MORTGAGE FINANCE AGENCY,

    Defendants.
_____/

Case No. 2:23-cv-12598
District Judge Matthew F. Leitman
Magistrate Judge Kimberly G. Altman

## ORDER
## CONSTRUING PLAINTIFF'S AMENDED COMPLAINT (ECF No. 30) AS A MOTION FOR LEAVE TO AMEND THE COMPLAINT
## AND
## DIRECTING DEFENDANTS TO FILE RESPONSES WITHIN 14 DAYS

This is an action involving a mortgage and applications for loan modifications. Plaintiff Theresa Camelo (Camelo), proceeding *pro se*, is suing defendants Pluese, Becker & Saltzman LLC; Cenlar Corporation FSB; and New Jersey Housing Mortgage Finance Agency. (ECF No. 1). All pretrial matters have been referred to the undersigned. (ECF No. 21).

Defendants have filed dispositive motions. (ECF Nos. 14, 19). On the same day that she filed a joint response to those motions, (ECF No. 29), Camelo filed an

1

amended complaint, (ECF No. 30).  Camelo can no longer amend her complaint by right as it was not filed within twenty-one days of defendants' motions to dismiss, *see* Fed. R. Civ. P. 15(a)(1), and she did not move for leave to file an amended complaint.

Given Camelo's status as a *pro se* litigant, the Court will construe her amended complaint as a motion for leave to amend.  **Defendants are DIRECTED to file a response within fourteen (14) days of entry of this Order.**

SO ORDERED.

Dated: February 23, 2024  s/Kimberly G. Altman
Detroit, Michigan  KIMBERLY G. ALTMAN
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 23, 2024.

s/Julie Owens acting in the absence of CAROLYN CIESLA
Case Manager