UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA CAMELO,

    Plaintiff,

v.

PLUESE, BECKER &
SALTZMAN LLC, CENLAR
CORPORATION FSB, and NEW
JERSEY HOUSING MORTGAGE
FINANCE AGENCY,

    Defendants.
_____/

Case No. 2:23-cv-12598
District Judge Matthew F. Leitman
Magistrate Judge Kimberly G. Altman

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 43)

I.    Introduction

This is an action involving a mortgage and eventual foreclosure on real property located in New Jersey. Plaintiff Theresa Camelo (Camelo), proceeding *pro se*, is suing defendants Pluese, Becker & Saltzman LLC (Pluese Becker), a New Jersey law firm involved in the foreclosure proceedings; Cenlar Corporation FSB (Cenlar), who serviced the mortgage; and New Jersey Housing Mortgage Finance Agency (NJHMFA), the holder of the mortgage. (ECF No. 1). All

1

pretrial matters have been referred to the undersigned. (ECF No. 21).

Before the Court is Cenlar and NJHMFA's joint motion for an extension of time to respond to Camelo's motion for summary judgment. (ECF No. 43). For the reasons that follow, the motion will be GRANTED.

## II.   Background

All defendants have filed dispositive motions, (ECF Nos. 14, 19), which if granted would fully dispose of the case. On May 30, 2024, the undersigned entered a Report and Recommendation recommending that the motions be granted. (ECF No. 36). Then, on July 16, 2024, Camelo filed a motion for summary judgment of her own. (ECF No. 40).

On July 25, 2024, the district judge entered an order to show cause for Camelo to show why all defendants should not be granted summary judgment based on Cenlar and NJHMFA's judicial estoppel argument. (ECF No. 42). Camelo's response to the order to show cause is due September 3, 2024.

## III.   Extension of Time

As noted above, there is a pending Report and Recommendation and an order to show cause, either of which may fully dispose of this case in defendants' favor. In light of that fact, Cenlar and NJHMFA have moved for an extension of time to respond to Camelo's motion for summary judgment to a date to be determined by the Court once these pending matters are resolved. The motion is

GRANTED. Once the pending matters have been resolved, the Court, if necessary, will set a date for a response to Camelo's motion.

SO ORDERED.

Dated: July 30, 2024         s/Kimberly G. Altman
Detroit, Michigan        KIMBERLY G. ALTMAN
       United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 30, 2024.

       s/Carolyn Ciesla
       CAROLYN CIESLA
       Case Manager

3