UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA CAMELO,

      Plaintiff,                                 Case No. 23-cv-12598
                                              Hon. Matthew F. Leitman

v.

PLUESE, BECKER
& SALTZMAN LLC, *et al.*,

      Defendants.

_____/

## JUDGMENT

In accordance with the Court's Order (ECF No. 49), dated September 26, 2024,

**IT IS ORDERED AND ADJUDGED** that Plaintiff Theresa Camelo's claims against Defendant Pluese, Becker & Saltzman, LLC are **DISMISSED WITHOUT PREJUDICE,** and Plaintiff's claims against Defendants Cenlar Corporation FSB and New Jersey Housing Mortgage Finance Agency are **DISMISSED WITH PREJUDICE**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                                 By:  s/Holly A. Ryan            
                                             Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 26, 2024
Detroit, Michigan

1